UNITED STATES of America,
Plaintiff–Appellee,

v.

Manuel Camacho BARCENAS,
Defendant–Appellant.

No. 10–13984
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 23, 2011.

Susan H. Rothstein–Youakim, Sijmon Alexander Gaugush, Maria Chapa Lopez, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Richard L. Rosenbaum, Arnstein & Lehr, LLP, Ft. Lauderdale, FL, for Defendant–Appellant.

Before HULL, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Richard Rosenbaum, appointed counsel for Manuel Camacho Barcenas, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Barcenas's conviction and sentence are **AFFIRMED.**